IN THE U.S. DISTRICT COURT
DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No.: 2545 |
| | Case No.: 1:15-cv-08211 |

**This Document Relates To:**

**Wesley Covert,**

Plaintiff,

v.

**AbbVie, Inc., et al.**

Defendant.

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to the provisions of Rule 41(a)(2), the Plaintiff, Wesley Covert, by and through the undersigned counsel, hereby moves for this Court to grant the Plaintiff's Voluntary Dismissal *without prejudice* of all claims in the above-captioned action against Defendants from the *In Re Testosterone Replacement Therapy Products Liability Litigation*, MDL NO. 2545.

/S/ *A Donald C Discepolo*
A Donald C Discepolo
DISCEPOLO, LLP
8850 Columbia 100 Parkway
Suite 310
Columbia, Maryland 21044
don@discepolollp.com
*Attorney for Wesley Covert*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/EFC system which shall send electronic notification of such filing to all CM/ECF participants.

/S/ *A Donald C Discepolo*
A Donald C. Discepolo, Esquire

Dated: January 25, 2017

### IN THE U.S. DISTRICT COURT
### DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | MDL No.: 2545 |
| | Case No.: 1:15-cv-08211 |
| **This Document Relates To:** | |
| **Wesley Covert,** | |
| Plaintiffs, | |
| v. | |
| **AbbVie, Inc., et al.** | |
| Defendants. | |

### ORDER

Upon the Motion for Voluntary Dismissal filed herein by the Plaintiff, pursuant to the provisions of Rule 41(a)(2), and said Motion appearing to be proper and made in good faith, it is by the the United States District Court for the District of Northern Illinois that on this _____ day of _____, 2017 and the same is hereby **ORDERED** that:

1. The Plaintiff's Motion for Voluntary Dismiss be and hereby is granted.

2. The Complaint is stricken and the case dismissed *without prejudice..*

_____
Judge,
U.S. District Court for District of Northern Illinois